UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EDVIN RUSIS, HENRY GERRITS, and PHIL MCGONEGAL, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br><br>Defendant. | Civil Action No. 18-cv-08434<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Shannon Liss-Riordan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Massachusetts, California, and New York; and that her contact information is as follows:

Shannon Liss-Riordan,
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action.

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are Subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 11, 2018

Deborah A Batts

United States District / ~~Magistrate~~ Judge