# EXHIBIT A

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
                            Lichten & Liss-Riordan, P.C.
                            729 Boylston Street, Suite 2000
                            Boston, MA 02116
                            Tel: (617) 994-5800
                            Fax: (617) 994-5801
                            Mary Franco, Paralegal
                            mfranco@llrlaw.com
                            www.llrlaw.com

Michael Edward Bagley

Name: _____

Address: _____

Myrtle Beach                SC      ▮▮▮▮

_____

Telephone: _____ (home) ▮▮▮▮▮▮▮▮_____ (cell)

E-Mail: _____▮▮▮▮▮▮▮▮_____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about __08/1980_____ (month, year) to on or about _____09/2018_____ (month, year) in __RP,NC_____ (city, state). I am __63___ years old, and IBM terminated my employment on __09/30/2018_____. The position I held as of my termination was __Mgr.,Systems Business Controls_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Michael E Bagley*

                                        09/20/2018

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**

**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:
Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Sonali Ambika Perkins Bailey

Name: _____

Address: _____
IRMO                    SC    ██████

_____

Telephone: _ ██████ _____ (home) ████████ _____ (cell)

E-Mail: _____ ████████████ _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _january 1999_ (month, year) to on or about _July 2017_ (month, year) in _columbia, sc_ (city, state). I am _46_ years old, and IBM terminated my employment on _july 2017_. The position I held as of my termination was _senior campaign manager_.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

09/21/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
                            Lichten & Liss-Riordan, P.C.
                            729 Boylston Street, Suite 2000
                            Boston, MA 02116
                            Tel: (617) 994-5800
                            Fax: (617) 994-5801
                            Mary Franco, Paralegal
                            mfranco@llrlaw.com
                            www.llrlaw.com

Jonathan Bourner

Name: _____

Address: _____

Morgantown                        PA       ████

_____

Telephone: _ ████_____ (home)   ████████_____ (cell)

E-Mail: _____ ████████   _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about __October, 2007__ (month, year) to on or about __July 2017__ (month, year) in __Morgantown, PA__ (city, state). I am __59__ years old, and IBM terminated my employment on __July 7th 2017__. The position I held as of my termination was __Technical Sales Specialist__.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Jonathan Bourner*                              10/03/18

Signature: _____   Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Norman Courts Cooledge

Name: _____

Address: _____ ████████

Atlanta                    GA        ████

_____

Telephone: _ ████_____ (home) ████████_____ (cell)

E-Mail: _____████████_____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _10,2007_____ (month, year) to on or about _9,2018_____ (month, year) in _Atlanta, GA_____ (city, state). I am _63___ years old, and IBM terminated my employment on _9/30/2018_____. The position I held as of my termination was _Senior Managing Consultant_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*N Courts Cooledge*

09/24/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

David Ho Eng

Name: _____

Address: _____

Sacramento                          CA          ▉

_____

Telephone: _ ▉▉▉ _____ (home) ▉▉▉▉▉ _____ (cell)

E-Mail: _____ ▉▉▉▉▉ _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.     I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.     I worked for IBM from on or about ___10 2012___ (month, year) to on or about ___03 2018___ (month, year) in ___Piscataway, NJ___ (city, state). I am ___56___ years old, and IBM terminated my employment on ___03/31/2018___. The position I held as of my termination was ___Senior IT Specialist___.

3.     I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.     I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*David H Eng*

09/25/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**

**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Robert Gasiorowski

Name: _____

Address: _____

Cary                                NC        ████

_____

Telephone: _ ████████_____ (home)   ████████_____ (cell)

E-Mail: _____        _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _04/2016_____ (month, year) to on or about _05/2018_____ (month, year) in _Durham, NC_____ (city, state). I am _51__ years old, and IBM terminated my employment on _5/14/2018_____. The position I held as of my termination was _Infrastructure Specialist_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

09/20/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**

**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
                            Lichten & Liss-Riordan, P.C.
                            729 Boylston Street, Suite 2000
                            Boston, MA 02116
                            Tel: (617) 994-5800
                            Fax: (617) 994-5801
                            Mary Franco, Paralegal
                            mfranco@llrlaw.com
                            www.llrlaw.com

John Terrence Gates Jr

Name: _____

Address: _____

Titusville                    FL      ████

_____

Telephone: _ ████ _____ (home) ████████ _____ (cell)

E-Mail: _____ ████████ _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about ___10/1981___ (month, year) to on or about ___12/2017___ (month, year) in ___Orlando, FL___ (city, state). I am __57__ years old, and IBM terminated my employment on ___12/31/2017___. The position I held as of my termination was ___Sr Software Engineer___.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*John Terrence Gates Jr*

09/19/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:      Shannon Liss-Riordan
                             Lichten & Liss-Riordan, P.C.
                             729 Boylston Street, Suite 2000
                             Boston, MA 02116
                             Tel: (617) 994-5800
                             Fax: (617) 994-5801
                             Mary Franco, Paralegal
                             mfranco@llrlaw.com
                             www.llrlaw.com

Just L Ghea

Name: _____

Address: _____

_____ GA _____ _____

Telephone: _ _____ _____ (home) _____ (cell)

E-Mail: _____ _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about ___April 1, 2016___ (month, year) to on or about ___May 31 2018___ (month, year) in ___Atlanta, GA___ (city, state). I am __65__ years old, and IBM terminated my employment on ___May 31, 2018___. The position I held as of my termination was ___Program manager___.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

10/02/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:    Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Cheryl Marie Hart

Name: _____

Address: _____

Colorado Springs           CO    ██████

_____

Telephone: _ ██████ _____ (home) ██████ _____ (cell)

E-Mail: _____██████_____ _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.     I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.     I worked for IBM from on or about _June, 1984_ (month, year) to on or about _November, 2018_ (month, year) in _various locations (Colorado, Boston, NY_ (city, state). I am _57_ years old, and IBM terminated my employment on _May 24, 2018_. The position I held as of my termination was _Sales Enablement Manager_.

3.     I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.     I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Cheryl M Hart*

10/01/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:        Shannon Liss-Riordan
                                             Lichten & Liss-Riordan, P.C.
                                             729 Boylston Street, Suite 2000
                                             Boston, MA 02116
                                             Tel: (617) 994-5800
                                             Fax: (617) 994-5801
                                             Mary Franco, Paralegal
                                             mfranco@llrlaw.com
                                             www.llrlaw.com

Jennifer Jo Holloway

Name: _____

Address: _____

Dallas                         TX        ████

_____

Telephone: _ ████         _____ (home)   ████████         (cell)

E-Mail: _____ ████████         _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.       I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.       I worked for IBM from on or about 03/1978 _____ (month, year) to on or about 11/2017 _____ (month, year) in Dallas, TX _____ (city, state). I am 63 years old, and IBM terminated my employment on 11/2017 _____. The position I held as of my termination was Storage Sales _____.

3.       I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.       I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Jennifer Jo Holloway*

10/08/18

Signature: _____   Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:    Shannon Liss-Riordan
                                    Lichten & Liss-Riordan, P.C.
                                    729 Boylston Street, Suite 2000
                                    Boston, MA 02116
                                    Tel: (617) 994-5800
                                    Fax: (617) 994-5801
                                    Mary Franco, Paralegal
                                    mfranco@llrlaw.com
                                    www.llrlaw.com

Cynthia A Keefer (McEvilly)

Name: _____

Address: _____

Canton                        MI     ▮▮▮

_____

Telephone: _ ▮▮▮▮▮▮_____ (home) ▮▮▮▮▮▮▮_____ (cell)

E-Mail: _____ ▮▮▮▮▮▮ _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.     I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.     I worked for IBM from on or about __03, 2012_____ (month, year) to on or about __07, 2018_____ (month, year) in __Southfield, MI and E. Lansing, MI____ (city, state). I am __60__ years old, and IBM terminated my employment on __07-29-2018_____. The position I held as of my termination was __Application Programmer Analyst_____.

3.     I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.     I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Cynthia A Keefer*                    09/21/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:        Shannon Liss-Riordan
                               Lichten & Liss-Riordan, P.C.
                               729 Boylston Street, Suite 2000
                               Boston, MA 02116
                               Tel: (617) 994-5800
                               Fax: (617) 994-5801
                               Mary Franco, Paralegal
                               mfranco@llrlaw.com
                               www.llrlaw.com

Robert C. Klein

Name: _____

Address: _____

Toms River                    NJ       _____

_____

Telephone: _ _____ (home) _____ (cell)

E-Mail: _____ _____ _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about __06/1999_____ (month, year) to on or about __01/2018_____ (month, year) in __Middletown, NJ_____ (city, state). I am __60___ years old, and IBM terminated my employment on __01/31/2018_____. The position I held as of my termination was __Project Manager_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

09/27/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:    Shannon Liss-Riordan
                        Lichten & Liss-Riordan, P.C.
                        729 Boylston Street, Suite 2000
                        Boston, MA 02116
                        Tel: (617) 994-5800
                        Fax: (617) 994-5801
                        Mary Franco, Paralegal
                        mfranco@llrlaw.com
                        www.llrlaw.com

Brian Miller

Name: _____

Address: _____

Truckee                CA ▮▮▮

_____

Telephone: _ ▮▮▮▮ _____ (home) ▮▮▮▮▮ _____ (cell)

E-Mail: _____ ▮▮▮▮▮ _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.     I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.     I worked for IBM from on or about ___April 2002___ (month, year) to on or about ___August 2017___ (month, year) in ___Truckee, California___ (city, state). I am __43__ years old, and IBM terminated my employment on ___August 1, 2017___. The position I held as of my termination was ___Database Architect & Administrator___.

3.     I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.     I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

09/24/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
<u>Rusis et al v. International Business Machines Corp.</u>,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:    Shannon Liss-Riordan
                      Lichten & Liss-Riordan, P.C.
                      729 Boylston Street, Suite 2000
                      Boston, MA 02116
                      Tel: (617) 994-5800
                      Fax: (617) 994-5801
                      Mary Franco, Paralegal
                      mfranco@llrlaw.com
                      www.llrlaw.com

Ryan Edward Mount

Name: _____

Address: _____

Nevada City               CA     ▮▮▮

_____

Telephone: _ ▮▮▮▮▮_____ (home) ▮▮▮▮▮_____ (cell)

E-Mail: _____▮▮▮▮▮_____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about __10/2011_____ (month, year) to on or about ____10/2018_____ (month, year) in ___Nevada City, CA_____ (city, state). I am __50___ years old, and IBM terminated my employment on ___10/11/2018_____. The position I held as of my termination was ___Learning Experience Strategist_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

09/30/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:      Shannon Liss-Riordan
                             Lichten & Liss-Riordan, P.C.
                             729 Boylston Street, Suite 2000
                             Boston, MA 02116
                             Tel: (617) 994-5800
                             Fax: (617) 994-5801
                             Mary Franco, Paralegal
                             mfranco@llrlaw.com
                             www.llrlaw.com

Andrew K Popa

Name: _____

Address: _____

Crestview                        FL      ▓▓▓▓

_____

Telephone: _____ (home) _____ (cell)

E-Mail: _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _January 2016_ (month, year) to on or about _November 2018_ (month, year) in _Las Vegas, Nv. And Gulf territory, Florida_ (city, state). I am _42_ years old, and IBM terminated my employment on _November 2018_. The position I held as of my termination was _System Service Representative_.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Andrew K Popa*                                         09/28/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:      Shannon Liss-Riordan
                             Lichten & Liss-Riordan, P.C.
                             729 Boylston Street, Suite 2000
                             Boston, MA 02116
                             Tel: (617) 994-5800
                             Fax: (617) 994-5801
                             Mary Franco, Paralegal
                             mfranco@llrlaw.com
                             www.llrlaw.com

James Archie Rash, Jr

Name: _____

Address: ███████ _____

Bonne Terre                          MO       ████

_____

Telephone: _ ████     _____ (home)   ████████     (cell)

E-Mail: _____ ████████ _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about ___6/13_____ (month, year) to on or about ____4/18_____ (month, year) in ___Bonne Terre, MO_____ (city, state). I am __50____ years old, and IBM terminated my employment on __4/31/2018_____. The position I held as of my termination was ___Sales and Delivery Executive_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*James Rash, Jr*                          09/23/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:        Shannon Liss-Riordan
                               Lichten & Liss-Riordan, P.C.
                               729 Boylston Street, Suite 2000
                               Boston, MA 02116
                               Tel: (617) 994-5800
                               Fax: (617) 994-5801
                               Mary Franco, Paralegal
                               mfranco@llrlaw.com
                               www.llrlaw.com

Cary Douglas Shaw

Name: _____

Address: _____████████████_____

San Mateo                        CA        ████

_____

Telephone: ___██████████_____ (home) ____████████_____ (cell)

E-Mail: _____████████████_____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about __06/2010_____ (month, year) to on or about _____04.2018_____ (month, year) in __San Jose, CA_____ (city, state). I am __48___ years old, and IBM terminated my employment on __April 11, 2018_____. The position I held as of my termination was __Senior Account Executive, Globa_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Cary Shaw                                            09/19/2018

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:    Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

John Christopher Silling

Name: _____

Address: _____

Parkland                    Fl      ████

_____

Telephone: _____            (home) _____            (cell)

E-Mail: _____████████_____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about ___Feb 2001___ (month, year) to on or about ___Oct 2018___ (month, year) in ___Parkland Florida___ (city, state). I am __60__ years old, and IBM terminated my employment on __10/31/2018__. The position I held as of my termination was ___Senior Global IT Client Services Manr___.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*John Silling*                                    09/25/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.**,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:      Shannon Liss-Riordan
                             Lichten & Liss-Riordan, P.C.
                             729 Boylston Street, Suite 2000
                             Boston, MA 02116
                             Tel: (617) 994-5800
                             Fax: (617) 994-5801
                             Mary Franco, Paralegal
                             mfranco@llrlaw.com
                             www.llrlaw.com

Paul Stevenson

Name: _____

Address: _____

Tampa                        FL        ▮▮▮▮
_____

Telephone: ▮▮▮▮▮▮▮           (home)    ▮▮▮▮▮▮            (cell)

E-Mail: _____▮▮▮▮▮▮▮▮▮_____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _July 2017_____ (month, year) to on or about ___June 2018_____ (month, year) in _Tampa, Florida_____ (city, state). I am _53__ years old, and IBM terminated my employment on _June 19, 2018_____. The position I held as of my termination was _Cloud Solution Architect_____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Paul Stevenson*

                                                    10/10/18

Signature: _____ Date Signed: _____

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:    Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Bunyan C Tadlock Jr

Name: _____

Address: _____

Confire             CO    ▮▮▮
_____

Telephone: _____ (home) _____ (cell)

E-Mail: _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.     I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.     I worked for IBM from on or about __4/2016__ (month, year) to on or about __8/2018__ (month, year) in __Denver CO__ (city, state). I am __56__ years old, and IBM terminated my employment on __8/17/2018__. The position I held as of my termination was __Project Executive__.

3.     I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.     I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

*Bunyan C Tadlock jr*

09/24/18

Signature: _____ Date Signed: _____