UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDVIN RUSIS, HENRY GERRITS, and PHIL MCGONEGAL, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP. <br><br> Defendant. | Civil Action No. 1:18-cv-08434 |

**PLAINTIFFS' NOTICE OF OPT-IN CONSENT FORM FILING**

Plaintiffs hereby file the attached consent forms for employees opting into the ADEA claims in this case.[1]

---

[1] For privacy purposes, counsel have redacted personal information, including addresses, telephone numbers, and e-mail addresses from the filed forms.

1

Dated: October 25, 2018

> Respectfully submitted,
> EDVIN RUSIS on behalf of himself
> and all others similarly situated,
>
> By his attorneys,
>
> /s/ Shannon Liss-Riordan
> Shannon Liss-Riordan, *pro hac vice*
> Thomas Fowler, *pro hac vice forthcoming*
> LICHTEN & LISS-RIORDAN, P.C.
> 729 Boylston Street, Suite 2000
> Boston, MA 02116
> (617) 994-5800
> sliss@llrlaw.com
> tfowler@llrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, a true and accurate copy of the foregoing document was filed and served via this Court's CM/ECF system.

> /s/ Shannon Liss-Riordan
> Shannon Liss-Riordan

2