# EXHIBIT A

**OPT-IN CONSENT FORM**
<u>Rusis et al v. International Business Machines Corp.</u>,
C.A. No. 1:18-cv-08434, U.S. District Court, Southern District of New York

Complete and return to:  Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Name: Edvin Rusis

Address: [REDACTED]

Telephone: [REDACTED] (home) [REDACTED] (cell)

E-Mail: [REDACTED]

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1. I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2. I worked for IBM from on or about March, 2003 (month, year) to on or about June, 2018 (month, year) in Laguna Niguel, CA (city, state). I am 59 years old, and IBM terminated my employment on June 27, 2018. The position I held as of my termination was Channels Technical Professional - Alliances.

3. I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: [signature]  Date Signed: 09/20/18

# OPT-IN CONSENT FORM

Rusis et al v. International Business Machines Corp.,
C.A. No. 1:18-cv-08434, U.S. District Court, Southern District of New York

Complete and return to:  Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Name: Henry Gerrits

Address: [redacted]

Telephone: [redacted] (home) [redacted] (cell)

E-Mail: [redacted]

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1. I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2. I worked for IBM from on or about August 1985 (month, year) to on or about June 2018 (month, year) in Research Triangle Park, NC (city, state). I am 67 years old, and IBM terminated my employment on June 27, 2018. The position I held as of my termination was Global Comodity Manager.

3. I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Henry Gerrits*   Date Signed: 09/17/18

# OPT-IN CONSENT FORM

<u>Rusis et al v. International Business Machines Corp.</u>,
C.A. No. 1:18-cv-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Name: Mark A. Johnson

Address: [redacted]

Telephone: [redacted] (home) [redacted] (cell)

E-Mail: [redacted]

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1. I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2. I worked for IBM from on or about __4/1/2016__ (month, year) to on or about __6/27/18__ (month, year) in __Durham, North Carolina__ (city, state). I am __58__ years old, and IBM terminated my employment on __6/27/18__. The position I held as of my termination was __Client Service Manager__.

3. I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Mark A. Johnson*     Date Signed: 09/17/18

**OPT-IN CONSENT FORM**

Rusis et al v. International Business Machines Corp.,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:   Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Name: David D. Edley

Address: ███████████
Lutz                    FL               ███

Telephone: ███████ (home)  ███████ (cell)

E-Mail: ███████████████

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1. I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2. I worked for IBM from on or about 08/01/17 (month, year) to on or about 07/31/18 (month, year) in Tampa Florida (city, state). I am 56 years old, and IBM terminated my employment on 07/31/18. The position I held as of my termination was Systems Management Specialist.

3. I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *David D. Edley*   Date Signed: 10/24/18

OPT-IN CONSENT FORM

<u>Rusis et al v. International Business Machines Corp.</u>,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:   Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Name: Raymond Otto Kulisch

Address: _____
Lorton, VA

Telephone: _____ (home) _____ (cell)

E-Mail: _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about __11/2005__ (month, year) to on or about __12/2007__ (month, year) in __Washington, DC__ (city, state). I am __52__ years old, and IBM terminated my employment on __12/15/2017__. The position I held as of my termination was __Managing Consultant__.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Raymond O. Kulisch*           Date Signed: 10/14/18

# OPT-IN CONSENT FORM

Rusis et al v. International Business Machines Corp.,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:  Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Mary Franco, Paralegal
mfranco@llrlaw.com
www.llrlaw.com

Name: Rene Ramos

Address: _____
Fort Lauderdale, FL _____

Telephone: _____ (home) _____ (cell)

E-Mail: _____

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1. I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2. I worked for IBM from on or about March, 2003 (month, year) to on or about June, 2018 (month, year) in Fort Lauderdale, Florida (city, state). I am 61 years old, and IBM terminated my employment on June 28, 2018. The position I held as of my termination was Functional Team Lead.

3. I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116 to represent me for all purposes in this action.

4. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Rene Ramos*  Date Signed: 10/11/18