# EXHIBIT B

**OPT-IN CONSENT FORM**
**Rusis et al v. International Business Machines Corp.,**
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:     Shannon Liss-Riordan
                            Thomas Fowler
                            Lichten & Liss-Riordan, P.C.
                            729 Boylston Street, Suite 2000
                            Boston, MA 02116
                            Tel: (617) 994-5800
                            Fax: (617) 994-5801
                            Kelsey McCarty, Paralegal
                            kmcarty@llrlaw.com
                            www.llrlaw.com


Name: _____

Address: _____

_____

Telephone: _____ (home)_____ (cell)

E-Mail: _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.*  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _____ (month, year) to on or about _____ (month, year) in _____ (city, state). I am _____ years old, and IBM terminated my employment on _____. The position I held as of my termination was _____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116, and any counsel they may affiliate with, to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.


Signature: _____ Date Signed: _____