# EXHIBIT B

**OPT-IN CONSENT FORM**
<u>Rusis et al v. International Business Machines Corp.</u>,
C.A. No. 18-08434, U.S. District Court, Southern District of New York

Complete and return to:   Shannon Liss-Riordan
Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Kelsey McCarty, Paralegal
kmcarty@llrlaw.com
www.llrlaw.com

Name: _____

Address: _____

_____

Telephone: _____(home)_____(cell)

E-Mail: _____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I worked for IBM from on or about _____ (month, year) to on or about _____ (month, year) in _____ (city, state). I am _____ years old, and IBM terminated my employment on _____. The position I held as of my termination was _____.

3.      I hereby designate the law firm of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116, and any counsel they may affiliate with, to represent me for all purposes in this action.

4.      I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a one-third contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _____   Date Signed: _____