```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EDVIN RUSIS, HENRY GERRITS, PHIL           :
MCGONEGAL, and DAVID HO ENG,               :
*individually and on behalf of all other similarly* :
*situated individuals*,                    :          18-CV-8434 (VEC)
                              Plaintiffs,  :
                                           :          ORDER
                                           :
              -against-                    :
                                           :
INTERNATIONAL BUSINESS                     :
MACHINES CORP.,                            :
                                           :
                              Defendant.   :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference scheduled for April 10, 2020 is adjourned to **April 24, 2020, at 10:00 a.m.** The parties must confer and submit a joint letter and proposed Case Management Plan and Scheduling Order no later than **April 16, 2020**, in accordance with the undersigned's Individual Rules.

**SO ORDERED.**

Date: March 13, 2020
      New York, New York

                                  **VALERIE CAPRONI**
                              **United States District Judge**