```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDVIN RUSIS, HENRY GERRITS, PHIL                     :
MCGONEGAL, and DAVID HO ENG,                         :
*individually and on behalf of all other similarly*  :
*situated individuals*,                              :          18-CV-8434 (VEC)
                                      Plaintiffs,    :
                                                     :              ORDER
                                                     :
                                                     :
            -against-                                :
                                                     :
INTERNATIONAL BUSINESS                               :
MACHINES CORP.,                                      :
                                                     :
                                      Defendant.     :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held an initial pretrial conference on July 10, 2020;

IT IS HEREBY ORDERED that discovery is stayed in this case pending resolution of

Defendant's motions to dismiss, except that discovery may proceed on the tranche of individual

plaintiffs that the parties agreed will remain in the case as stated on the record.

IT IS FURTHER ORDERED that Defendant's motions to dismiss are due no later than

**August 14, 2020**, Plaintiffs' responses are due no later than **September 11, 2020**, and

Defendant's replies are due no later than **October 2, 2020**.

IT IS FURTHER ORDERED that during the pendency of Defendants' motions to

dismiss, the parties must meet and confer in good faith to plan and advance the resolution of

discovery issues ahead of the Court entering a discovery schedule.

**SO ORDERED.**

Date:  **July 14, 2020**                                    **VALERIE CAPRONI**
       **New York, New York**                               **United States District Judge**

1