**JONES DAY**

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

**MEMO ENDORSED**

August 14, 2020

Direct Number: (212) 326-8338
mwlampe@JonesDay.com

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/18/2020

Re: **Rusis et al. v. International Business Machines Corp., Civil Action No. 1:18-cv-08434**

Dear Judge Caproni:

In connection with IBM's Motion for Partial Judgment on the Pleadings as to the ADEA Claims of Plaintiffs Who Filed Defective Charges or Fall Outside the Temporal Scope of the Named Plaintiffs' Administrative Charges, IBM respectfully requests that this Court order Exhibit F of Alison B. Marshall's declaration to be filed with limited redactions. Pursuant to Your Honor's Individual Practices, the unredacted version of Exhibit F is also being filed under seal contemporaneously with this letter.

The requested redactions in Exhibit F pertain only to email addresses and phone numbers of current and former IBM employees. Courts have granted requests to redact such information in light of the individuals' privacy interests. *See Cohen v. Gerson Lehrman Grp., Inc.,* 2011 WL 4336679, at *2 (S.D.N.Y. Sept. 15, 2011) (concluding that "individual contact information, such as e-mail addresses, home addresses and phone numbers" are properly redacted when "[s]uch information is not at issue in [the] dispute," because the individuals have a "privacy interest in their non-disclosure" of this information); *see also In re SunEdison, Inc. Sec. Litig.,* 2019 WL 126069, at *2 (S.D.N.Y. Jan. 7, 2019) (same); *Mark v. Gawker Media LLC,* 2015 WL 7288641, at *2 (S.D.N.Y. Nov. 16, 2015) (same). Plaintiffs' counsel has requested that IBM redact the information relevant to their client, and otherwise consented to the remainder of the redactions.

Thank you in advance for your consideration.

Respectfully submitted,

*/s/ Matthew W. Lampe*
Matthew W. Lampe
JONES DAY
Attorneys for Defendant

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON