```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
EDVIN RUSIS, HENRY GERRITS, PHIL :
MCGONEGAL, and DAVID HO ENG, :
*individually and on behalf of all other similarly* :
*situated individuals*, : 18-CV-8434 (VEC)
                              Plaintiffs, :
 : ORDER
 :
             -against- :
 :
INTERNATIONAL BUSINESS :
MACHINES CORP., :
 :
                            Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 26, 2021, the Court issued an opinion and order on Defendant's motions for judgment on the pleadings (Dkt. 156); and

       WHEREAS the Court ordered the parties to meet and confer not later than April 23, 2021, to coordinate a proposed schedule for discovery and any subsequent motion practice;

       IT IS HEREBY ORDERED that the parties must appear before the Court for a teleconference on **May 12, 2021, at 3:00 p.m.** The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 8434#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

       IT IS FURTHER ORDERED that not later than **May 5, 2021**, the parties must file a joint letter documenting their proposed schedule for discovery and motion practice going forward. To

1

the extent the parties disagree on any aspects of the proposed schedule, each side must state its proposal and the basis of any disagreement.

**SO ORDERED.**

Date:  April 27, 2021
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**