USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

EDVIN RUSIS, HENRY GERRITS, PHIL MCGONEGAL, and DAVID HO ENG, *individually and on behalf of all other similarly situated individuals*,

                  Plaintiffs,

-against-

INTERNATIONAL BUSINESS MACHINES CORP.,

                  Defendant.

------------------------------------------------------------- X

18-CV-8434 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties are scheduled to appear before the Court for a teleconference on May 12, 2021, at 3:00 p.m.; and

WHEREAS the Court is no longer available at that time;

IT IS HEREBY ORDERED that the teleconference is rescheduled for today, May 12, 2021, at **4:00 p.m.** The dial-in information is unchanged: (888) 363-4749 // Access code: 3121171# // Security code: 8434#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: May 12, 2021**
**New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**