USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

EDVIN RUSIS, HENRY GERRITS, PHIL             :
MCGONEGAL, and DAVID HO ENG,                 :
*individually and on behalf of all other similarly*    :
*situated individuals*,                                      :              18-CV-8434 (VEC)
                                           Plaintiffs,     :
                                                          :                 <u>ORDER</u>
                                                          :
                                                          :
                   -against-                              :
                                                          :
INTERNATIONAL BUSINESS                        :
MACHINES CORP.,                               :
                                                          :
                                         Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 13, 2021, the Court ordered that any motions to amend the pleadings

or join additional parties must be filed within 30 days from the date of the Court's order (Dkt.

163); and

      WHEREAS on June 11, 2021, Plaintiffs filed a motion for leave to file a Second

Amended Complaint (Dkt. 166);

      IT IS HEREBY ORDERED that Defendant must respond to Plaintiffs' motion not later

than **July 2, 2021**.  Plaintiffs may reply in further support of their motion not later than **July 13,**

**2021**.


**SO ORDERED.**

Date:  **June 14, 2021**                                    _____
       **New York, New York**                               **VALERIE CAPRONI**
                                                      **United States District Judge**

1