USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Edvin Rusis, et al., individually and on behalf of all other similarly situated<br><br>Plaintiff(s),<br><br>-v-<br><br>International Business Machines Corp.<br><br>Defendant(s). | Case No. 18 –CV- 8434 (VEC)<br><br>**STIPULATION** |

      Plaintiffs Edvin Rusis, Henry Gerrits, Phil McGonegal, and David Ho Eng (collectively "Plaintiffs"), on the one hand, and Defendant International Business Machines Corp. ("Defendant" or "IBM"), jointly submit the following stipulation.

      WHEREAS, Plaintiffs Edvin Rusis, Henry Gerrits, and Phil McGonegal, individually and on behalf of all other allegedly similarly situated employees, by and through their undersigned counsel, filed a Class and Collective Action Complaint against IBM on September 17, 2018;

      WHEREAS, Plaintiffs Edvin Rusis, Henry Gerrits, Phil McGonegal, and David Ho Eng, individually and on behalf of all other allegedly similarly situated employees, by and through their undersigned counsel, filed a Class and Collective Action Amended Complaint ("First Amended Complaint") against IBM on December 11, 2018;

      WHEREAS, in its May 13, 2021 Order ("Order") (Dkt. 163), this Court permitted parties in the captioned proceedings to file motions to amend pleadings or join additional parties within 30 days from the date of the Order;

      WHEREAS, on June 11, 2021, Plaintiffs Edvin Rusis, Henry Gerrits, Phil McGonegal, and David Ho Eng, individually and on behalf of all other allegedly similarly situated employees, by and through their undersigned counsel, filed a motion for leave to file a proposed Second

Amended Complaint ("Proposed Second Amended Complaint") seeking to add: (i) opt-ins Brian Haupt, Philip Monson, Claudia Ziegler, and John Mason and non-party Sally Gehring as named plaintiffs; and (ii) state law claims for age discrimination under Massachusetts and New York law.

**NOW IT IS STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the Plaintiffs and for the Defendant, that:

i. Plaintiffs should be permitted to file the Proposed Second Amended Complaint, attached as Exhibit A to Plaintiffs' motion filed on June 11, 2021 (Dkt. 166, Ex. A);

ii. Pursuant to Fed. R. Civ. P. 15, Defendant will move, plead, or otherwise respond to the Second Amended Complaint within 14 days from the date Plaintiffs serve it upon Defendant; and

iii. Defendant reserves all rights to fully contest the allegations and claims in the Proposed Second Amended Complaint and, in entering into this stipulation, does not in any way concede that such allegations or claims have merit.

So Stipulated agreed:

| | |
|---|---|
| **LICHTEN & LISS-RIORDAN, P.C** <br> Attorney for Plaintiffs | **JONES DAY** <br> Attorney for Defendant |
| By: /s/ Shannon Liss-Riordan <br> Shannon Liss-Riordan <br> Thomas Fowler <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 | By: /s/ Matthew W. Lampe <br> Matthew W. Lampe <br> Kristina A. Yost <br> Ira Handa <br> 250 Vesey Street <br> New York, New York 10281 <br><br> Alison B. Marshall <br> 51 Louisiana Avenue, N.W. <br> Washington, DC 20001 |

Dated: July 2, 2021                                        Dated: July 2, 2021


SO ORDERED:


Dated: _____July 21, 2021                    /s/ Valerie Caproni
                                                            Honorable Valerie E. Caproni
                                                            United States District Judge