UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDVIN RUSIS, HENRY GERRITS, PHIL MCGONEGAL, and DAVID HO ENG, individually and on behalf of all other similarly situated individuals,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>                    Defendant. | CIVIL ACTION NO.: 18 Civ. 8434 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Tuesday, August 3, 2021 at 2:00 pm** on the Court's conference line to discuss the parties' discovery dispute relating to the terms of a protective order. The parties are directed to call: (866) 390-1828; access code 380-9799, at the scheduled time.

By **July 28, 2021**, the parties shall file a joint letter outlining the bases of their dispute. The letter shall include a single version of the proposed protective order with the parties' competing versions of the disputed provisions.

Dated:     New York, New York
           July 21, 2021

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge