# JONES DAY

250 VESEY STREET  •  NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939  •  FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-8338
mwlampe@jonesday.com

JP608719                                August 2, 2021

VIA ECF

The Honorable Sarah L. Cave
United States Magistrate Judge

                    Re:    Rusis v. International Business Machines Corp.
                           Docket No. 18-cv-8434 (S.D.N.Y.)

Dear Judge Cave:

        Defendant International Business Machines Corp. ("Defendant") respectfully requests
leave to file the two-page letter attached hereto as Exhibit A, which contains supplemental
authorities responding to the authority provided by Plaintiffs in their portions of the July 28,
2021 letter (Dkt. 181).  Plaintiffs' portions consist of 13 pages and 54 case citations.  Plaintiffs
had not previously identified this authority in meet-and-confer discussions.  For its part,
Defendant had indicated in such discussions, including the final discussion on July 9, 2021, that
it was relying on prior protective orders from Judge Caproni and model protective orders.

        Accordingly, Defendant respectfully requests that this Court grant its request for leave to
file Exhibit A, so that the Court can consider the authority contained therein.

                                        Respectfully submitted,

                                        s/ Matthew W. Lampe
                                        Matthew W. Lampe

Enclosure

cc:    All counsel of record