UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDVIN RUSIS, HENRY GERRITS, PHIL MCGONEGAL, and DAVID HO ENG, individually and on behalf of all other similarly situated individuals,<br><br>      Plaintiffs,<br><br> -v-<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>      Defendant. | CIVIL ACTION NO.: 18 Civ. 8434 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On July 21, 2021, the Honorable Valerie E. Caproni referred to me the parties' discovery dispute concerning the terms of a protective order. (ECF No. 177). Having reviewed the parties' joint submission at ECF No. 181 and IBM's supplemental submission at ECF No. 182, and having heard the parties' arguments at the discovery conference held today, August 3, 2021 (the "Discovery Conference"), the Court orders as follows:

1. By **August 5, 2021**, the parties shall file for Judge Cave's review and signature a proposed protective order that conforms to the Court's rulings during the Discovery Conference.

The Clerk of Court is respectfully directed to close ECF Nos. 181 and 182.

Dated:   New York, New York
      August 3, 2021

                 SO ORDERED.

                 _____
                 SARAH L. CAVE
                 United States Magistrate Judge