August 5, 2021

**VIA ECF**

The Honorable Sarah L. Cave
U.S. Magistrate Judge

      Re: **Rusis et al v. International Business Machines Corp.**
         **Civil Action No. 1:18-cv-08434 (S.D.N.Y)**

Dear Judge Cave:

  Pursuant to the Court's instructions at the August 3, 2021 conference, attached as Exhibit A to this letter is the Stipulation for the Production and Exchange of Confidential Information, which has been revised in accordance with Your Honor's rulings at the conference.

           Respectfully submitted,

           */s/ Matthew W. Lampe*
           Matthew W. Lampe
           JONES DAY
           Attorneys for Defendant

           /s/ Shannon Liss-Riordan
           Shannon Liss-Riordan
           LICHTEN & LISS-RIORDAN, P.C.
           Attorneys for Plaintiffs

---

The parties' request (ECF No. 185) for entry of their proposed protective order is GRANTED.

The Clerk of Court is directed to close ECF No. 185.

SO ORDERED 8/6/2021

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge