```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 EDVIN RUSIS, HENRY GERRITS, PHIL            :
 MCGONEGAL, and DAVID HO ENG,                :
 individually and on behalf of all other similarly :
 situated individuals,                        :        18-CV-8434 (VEC)
                              Plaintiffs,     :
                                              :            ORDER
                                              :
                -against-                     :
                                              :
 INTERNATIONAL BUSINESS                       :
 MACHINES CORP.,                              :
                                              :
                              Defendant.      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference to resolve discovery disputes and discuss anticipated motions is currently scheduled for **October 29, 2021, at 11 a.m.**; and

WHEREAS that date is no longer convenient for the Court;

IT IS HEREBY ORDERED that the conference is ADJOURNED *sine die*. The Court will issue an order rescheduling the conference shortly.

**SO ORDERED.**

Date: October 15, 2021
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**