```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDVIN RUSIS, HENRY GERRITS, PHIL          :
MCGONEGAL, and DAVID HO ENG,              :
individually and on behalf of all other similarly :
situated individuals,                     :
                              Plaintiffs, :
                                          :
                -against-                 :
                                          :
INTERNATIONAL BUSINESS                    :
MACHINES CORP.,                           :
                                          :
                              Defendant.  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/21

18-CV-8434 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court adjourned a conference to resolve discovery disputes and discuss anticipated motions *sine die* (Dkt. 198);

IT IS HEREBY ORDERED that the parties must appear for a conference on **Friday, December 10, 2021,** at **1:30 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. At the conference, the Court will resolve the pending discovery disputes and discuss anticipated motions.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the hearing using (888) 363-4749 // Access code: 3121171# // Security code: 8434#.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  **November 12, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**