UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDVIN RUSIS, HENRY GERRITS, PHIL MCGONEGAL, DAVID HO ENG, BRIAN HAUPT, PHILIP MONSON, CLAUDIA ZIEGLER, SALLY GEHRING, and JOHN MASON, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br> v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br><br>    Defendant. | 1:18-cv-08434 (VEC) |

### NOTICE OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO ADEA WAIVER OPT-INS AND ARBITRATION AGREEMENT OPT-INS

Under Federal Rule of Civil Procedure 56, Defendant International Business Machines Corporation moves this Court for summary judgment as to two groups of Opt-Ins who signed separation agreements in exchange for severance: (1) 11 Opt-Ins who signed agreements with full ADEA waivers: Anne Bellew, Steven Black, Demostenes Gonzalez, Mark Grill, Peter Kondis, Walter Bayerle, Phillip Emma, Rose Kapor, Brian Schaaf, Eric Selcov, and Nancy Odom; and (2) 15 Opt-Ins who each admit that they separated in a resource action and in exchange for severance they signed a separation agreement, which were standard agreements with an individual arbitration provision and a class and collective action waiver: Robert Bees, David Cabassa, Dayle Feingold, Craig Feldhak, Michael Hamilton, Bryan Mitchell, Oscar Molina, Michael Morris, Mark Perillo, Torrey Price, Steven Richard, Rodney Sassaman, Amelia Voglino, Robert West, and Yvette Wilson.

- 2 -

Dated: December 21, 2021  JONES DAY
New York, New York

By: */s/ Matthew W. Lampe*
　　Matthew W. Lampe
　　Kristina A. Yost
　　Ira Handa
　　JONES DAY
　　250 Vesey Street
　　New York, NY 10281
　　mwlampe@jonesday.com
　　kyost@jonesday.com
　　ihanda@jonesday.com

　　Alison B. Marshall
　　JONES DAY
　　51 Louisiana Ave, N.W.
　　Washington, D.C. 20001
　　abmarshall@jonesday.com

　　*Attorneys for Defendant IBM*