# LICHTEN & LISS-RIORDAN, P.C.

**ATTORNEYS AT LAW**

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×Δ◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×

THOMAS P. FOWLER×◊
OLENA SAVYTSKA×
ANNE KRAMER×Δ
MICHELLE CASSORLA×^☼
ZACHARY RUBIN×◊^♦
ANASTASIA DOHERTY×
MATTHEW PATTON×
KRYSTEN CONNON^▪
MATTHEW CARRIERI×
BENJAMIN J. WEBER×□ OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS  02116

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM

× ADMITTED IN MASSACHUSETTS
Δ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
☼ ADMITTED IN DISTRICT OF COLUMBIA
□ ADMITTED IN TENNESSEE

March 17, 2022

**VIA CM/ECF**

Hon. Judge Valerie Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

RE:   **Rusis et al. v. International Business Machines Corp., C.A. No. 1:18-cv-08434**

Per you Order of March 17, 2022 (Dkt. 253), Plaintiffs hereby submit the corrected versions of Exhibits 13, 14, and 15, to the Declaration of Shannon Liss-Riordan (Dkt. 251).

Sincerely,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan
Counsel for Plaintiffs

cc: All counsel of record