March 21, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Rusis et al. v. International Business Machines Corp.</u>, Civil Action No. 1:18-cv-08434-VEC-SLC

Dear Judge Caproni:

    The parties submit this joint status letter pursuant to Your Honor's March 1, 2023 Order (Dkt. No. 291) granting the parties' request to continue the stay of the proceeding and setting a deadline of March 21, 2023 to file either a stipulation of dismissal or a status report.  The parties hereby request a three-day extension of the stay to finalize the settlement paperwork and file the stipulation of dismissal with the Court.

    As such, the parties respectfully request Your Honor to continue the full stay of the above captioned proceeding through and including March 24, 2023.  The parties agree to file a stipulation of dismissal or a status report by March 24, 2023.

    If this joint request for a stay meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Page 2

                                              Respectfully submitted,

                                              */s/ Shannon Liss-Riordan*
                                              Shannon Liss-Riordan
                                              Counsel for Plaintiffs

                                              */s/ Matthew W. Lampe*
                                              Matthew W. Lampe
                                              Counsel for Defendant

cc:     All counsel of record (via ECF)

IT IS SO ORDERED.

DATED: _____    _____
                                                            Hon. Valerie E. Caproni
                                                             United States District Judge